# SARITA KEDIA
LAW OFFICES, P.C.

5 EAST 22ND STREET, SUITE 7B
NEW YORK, NEW YORK 10010
WWW.KEDIALAW.COM

INFO@KEDIALAW.COM

TEL: 212.681.0202
FAX: 212.614.0202

November 30, 2016

**BY ECF**

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      *Re:*   *United States v. Laraine Castellano, et al., 15 CR 523 (NGG)*

Dear Judge Garaufis:

    I respectfully write with the consent of all parties to request an adjournment of the next status conference, currently scheduled for December 1, 2016. Defense counsel are continuing to review the voluminous discovery provided in this case and have been discussing various discovery issues with the government. We hope to be in a better position to provide the Court with the status of our review in several weeks' time. Therefore, we respectfully ask that the next conference be adjourned until January 18, 2017, at 2:30 p.m., at which time we understand the Court is available.

    All defendants consent to the exclusion of time until the next conference date pursuant to 18 U.S.C. § 3161(h) of the Speedy Trial Act in light of the volume of discovery and the complexity of the case.

                              Respectfully yours,
                              /s/
                              Sarita Kedia

cc:    All Counsel
       (By ECF)

*[Handwritten annotation:]* Application granted. Time is excluded between today and January 18, 2017 under the Speedy Trial Act in the interests of justice for the purposes set forth above. So ordered.

S/ Nicholas G. Garaufis
12/1/16